## STATEMENT OF FACTS

The National Center for Missing and Exploited Children ("NCMEC") is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited children. NCMEC operates a CyberTipline ("CT") and Child Victim Identification program. Through the CyberTipline, Internet Service Providers ("ISPs"), Electronic Service Providers ("ESPs"), and individuals may notify NCMEC about the existence of online child sexual abuse images. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement agencies.

On May 5, 2020, an employee from Dropbox reported to NCMEC that there was suspected child pornography found on its servers. The suspected child pornography was uploaded by a user with the email address of messimartinez102@gmail.com and a username of "Jose Martinez" ("MARTINEZ"). A TLO database query of the email address returned a "Jose Martinez" associated with the address of 508 Ingraham Street, Northwest in Washington, D.C. Based upon this information, NCMEC forwarded the CT report to members of the Northern Virginia Regional Internet Crimes Against Children (ICAC) task force.

Members of the Northern Virginia Regional ICAC task force served an administrative subpoena upon Google requesting subscriber information. Pursuant to the subpoena, Google provided the phone number 202-878-2676 and login IP address 141.156.216.254. A query of the IP address and provided phone number showed both to be associated with Verizon. A subsequent administrative subpoena was sent to Verizon requesting subscriber information for both the IP address and telephone number. The account holder of the phone number was listed to be a "Martha Martinez" of 508 Ingraham Street, Northwest in Washington, D.C. The account holder for the IP address was listed as "Isaias Martinez" of 508 Ingraham Street, Northwest in Washington, D.C. Based upon the address, members of the Northern Virginia Regional ICAC task force forwarded the information to members of the Metropolitan Police of the District of Columbia (MPDC) ICAC task force.

A query of 508 Ingraham Street, Northwest, Washington, D.C. in a public database listed MARTINEZ, Martha Martinez, and Isaias Martinez along with other known persons as residents of 508 Ingraham Street, Northwest, Washington, D.C.

Additionally, a query of messimartinez102@gmail.com in the same database returned the following: Jose L. Martinez, DOB: 4-5-1998 of 508 Ingraham Street, Northwest in Washington, DC. A law enforcement database query returned a D.C. Operator's Permit #4589416 to Jose Lucas Martinez of 508 Ingraham Street, Northwest, Washington, D.C.

Dropbox provided NCMEC with approximately 11 media files, all of which a Dropbox employee viewed in their entirety prior to submission, as well as the upload log with timestamps for the provided files. All of the files provided were videos, totaling approximately 63.34 MB. A summary of some of the videos is as follows:

    a. **Video Feb 14, 12 56 09 AM**: a video, approximately 44 seconds in length, which depicts a prepubescent female child's legs spread apart, exposing her genitals. An unknown adult hand is seen rubbing a finger on the child's genitals, and a finger is inserted into the vagina at which point an audible whimper could be heard. The video then shows an adult male penis being rubbed against the child's genitals, and then is inserted into the anus, causing the child to make audible sounds of distress.

    b. **Video Jun 23, 9 26 15 PM (2):** a video, approximately 14 seconds in length, which depicts a nude female child laying on her back with her legs spread apart. The child says "I'm 12 years old. I want you to fuck me." The child then positions the camera so that her exposed genitals are the focus of the video. The child then masturbated with her fingers.

    c. **Video Nov 06, 1 21 19 AM**: a video, approximately 10 minutes, 26 seconds in length. The video appears to be a compilation of prepubescent female children performing fellatio on adult males as well as the bodies of naked prepubescent female children masturbating with the torso, head, and face obscured.

    d. **Video Jun 23, 9 26 15 PM:** a video, approximately 42 seconds, depicts two prepubescent female children laying naked with one on top of the other. The camera briefly shows the naked torso of the child #1 before focusing on the genital area of both children. An adult male penis is shown being moved up and down along child #2's (the child on the bottom) vagina. The penis is then shown being inserted into child #1's vagina.

Pursuant to a D.C. District Court search warrant, Dropbox provided law enforcement with the contents of the account. The account contents included user metadata, providing IP addresses associated with the user's account. One of these IP addresses, which was a reported ping on May 3, 2020, was 141.156.216.254, the same IP address associated with MARTINEZ's email account, resolving to 50 Ingraham Street, Northwest, D.C.[1]

The account contents included approximately 129 files in approximately 6 folders. The folders were titled as follows: "31," "All girls," "girls," "Good," "New Folder," and "Self play." In addition to all of the videos provided by Dropbox in the Cybertip, several additional files contained child sexual abuse material ("CSAM"). Over half of the files, approximately 80, contained CSAM. A description of some of these videos is as follows:

    a. **CHD Mickey Mouse Sheets Girl. 11 yo Chinese girl in Yellow bikini lets Dad play 14%3a48**: a video, approximately 14 minutes and 48 seconds in length, depicts a female child, approximately 11 years old, being sexually abused by an adult male. The adult male is seen pushing the child's bikini bottoms aside to expose her genitals. The male then touches the child's genitals with his hand and spreads the child's labia with his fingers before focusing the camera on the child's vagina. The adult then rubs his penis on the child's vagina before turning the child over so she is kneeling so he can rub his penis on her buttocks and anus. The adult

---

[1] The remaining IP addresses provided in response to the search warrant were utilized sometime between 2017 to 2019. Given the age of these pings, it was not possible to determine where the IP addresses were assigned at those times.

       then has the child lay on her back again before he ejaculates onto the child's exposed vagina and then is seen wiping the semen off of the child.
  b. **[B]man forced 3yo boy to fuck**: a video, approximately 12 seconds in length, depicting an adult male whose back is to the camera, but is seen aggressively thrusting his hips forward in a motion consistent with sexual intercourse. The male is on top of another, much smaller, individual. The other individual's face is obscured, and the quality of the video makes it difficult to determine the gender of the other party. However, the relative size of the other individual is consistent with that of a very small child approximately 3-7 years of age.
  c. **! poz fuckin baby boy 20110226212144-dieoldospyouarkjt**: a video, approximately 54 seconds in length, depicting an adult male's penis penetrating a child from behind. The child's face cannot be seen, nor can the gender be determined as the child is face down; however, the clothing of the child is consistent with that of an infant, or child below the age of 2.

Also included in the files were multiple text documents, each containing a link for Mega. An attempt to access the Mega links resulted in the following error message: "The file you are trying to download is no longer available." A request to Mega for the subscriber information resulted in Mega providing the registration email as boomhower4598@gmail.com. The Mega account was also affiliated with a Facebook account belonging to MARTINEZ.

On April 30, 2021 members of the FBI Child Exploitation & Human Trafficking Task Force (CEHTTF) executed a D.C. District Court search warrant on 508 Ingraham Street Northwest in Washington, D.C.

On April 30, 2021, MARTINEZ agreed to be interviewed by members of the CEHTTF. During the interview, MARTINEZ provided his phone number as 202-878-2676 and his email as messimartinez102@gmail.com. This was the same email address associated with the Dropbox account in the Cybertipline report, and the phone number associated with the Gmail account. In reference to the media containing CSAM, MARTINEZ initially denied having a Dropbox account, but then admitted to having received several links on Omegle that contained CSAM, and admitted to downloading several videos – he estimated "more than 100" – to his Dropbox. MARTINEZ stated that he knew that he "made a mistake" and claimed that he does not have a sexual preference for children. MARTINEZ stated that he did not know of anybody else that would have access to his email account. MARTINEZ also admitted to law enforcement that the Mega account, with a registration e-mail of boomhower4598@gmail.com, belonged to him.

Additionally, MARTINEZ made the following statement to his mother in front of detectives from the CEHTTF: "I clicked it, I saved it, I didn't think it was explicit."

During the search warrant, multiple devices from MARTINEZ's bedroom were recovered, including MARTINEZ's cell phone, laptop, and iPad. Law enforcement is currently in the process of conducting a forensic extraction of these devices. Law enforcement performed a preliminary manual review of the devices and made the following observations:

      a. The laptop recovered from MARTINEZ's bedroom contained at least one image and one video containing CSAM.

      b. Both MARTINEZ's iPhone and his iPad contained a PhotoVault[2] application. This application utilized the same password MARTINEZ provided law enforcement to access his phone. The PhotoVault application contained images and videos depicting CSAM. Between the PhotoVault on the iPad and iPhone, there were over 15 videos and at least 3 images containing CSAM as well as several images that fit the federal definition of child erotica. A summary of some of the videos is described below:

          i. A video, approximately 8:11 long, depicting a prepubescent child who is approximately 4-6 years old, being forced to perform manual masturbation and oral sex on an adult male. The child's genitals are then exposed, and the adult male penetrates the girl's vagina with his fingers.

          ii. A video, approximately 45 seconds long, depicting an adult female and two prepubescent females (Child 1 is approximately 2-5 years and Child 2 is approximately 5-8 years) who are all nude. The adult picks up Child 1, spreads her legs, and performs oral sex on her. The adult then picks up Child 2, spreads her legs, and performs oral sex on her. The adult then lays Child 2 on her back, spreads her legs, and then uses her fingers to spread the child's labia. The adult then performs oral sex on Child 2 while Child 1 watches.

          iii. There were also at least two videos that were found on MARTINEZ's dropbox account that were also found on MARTINEZ's devices. The two videos are described above: **Video Feb 14, 12 56 09 AM** and **Video Jun 23, 9 26 15 PM (2).**

    In addition to CSAM, MARTINEZ's iPhone was linked to multiple email accounts, to include messimartinez102@gmail.com, josemartinez4598@gmail.com, and vandersar102@gmail.com. In the vandersar102@gmail.com inbox were two emails, both dated on March 30, 2020, from messimartinez102@gmail.com. The emails were sent by Dropbox notifying vandersar102@gmail.com that "Jose (messimartinez102@gmail.com)" had invited him to view a file. One of the emails contained a file sharing a link to a file on Mega. The other email contained a file, titled "File Mar 30, 2 42 51 AM", which was a video depicting a nude male, approximately aged 8-13 years, being forced to perform oral sex on an adult male.

## **CONCLUSION**

    Based on the aforementioned facts, there is probable cause to believe that Jose Martinez has committed the following offenses: Transportation of Child Pornography, in violation of Title 18 U.S.C. § 2252(a)(1) and Possession of Child Pornography, in violation of Title 18 U.S.C. § 2252(a)(4)(B).

---

[2] Photo vault is a photo storage application separate from the photo gallery that allows users to secure their media with a password or pin.

Respectfully submitted,

_____
Melia Dickinson
Detective, Metropolitan Police Department
TFO Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 20th day of May 2021.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE